■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUELINE LEYCOCK, Appellant. [999 NYS2d 336]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, Bronx County (Martin Marcus, J.), rendered on or about January 31, 2013, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentences not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Gonzalez, P.J., Friedman, Andrias, Gische and Kapnick, JJ.